Sandra C. Oswalt, Esq. (027283)
Eric Thieroff, Esq. (022061)
**OSWALT LAW GROUP, PC**
300 West Clarendon Avenue, Suite 290
Phoenix Arizona 85013
Tel: (602) 773-5711| Fax: (602) 773-5739
sandra@oswaltlawgroup.com
ethieroff@oswaltlawgroup.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARK ALLAN DALLMAN,<br>DEBRA ANN DALLMAN,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No.: 2:24-bk-02595-SHG<br><br>**OBJECTION TO TRUSTEE RECOMMENDATIONS AND REQUEST FOR HEARING** |

Debtors, Mark and Debra Dallman, by and through undersigned counsel and pursuant to Local Rule 2084-10(b), hereby object to the Trustee Recommendations for the following reasons:

1. On April 4, 2024, Debtors filed a Petition for relief under Chapter 13 of the Bankruptcy Code.
2. The Chapter 13 Trustee filed an Evaluation and Recommendation(s) re Debtors' Plan on July 1, 2024, requiring submission of a Stipulated Order Confirming for review and signature within 30 days.
3. Debtors need additional time in order to address outstanding issues prior to completing the Stipulated Order Confirming.

WHEREFORE, the Debtors respectfully objects to the Trustee Recommendations and request a hearing on the matter.

RESPECTFULLY SUBMITTED this 3rd day of September, 2024.

**OSWALT LAW GROUP, PC**
/s/ Eric Thieroff, Esq. (022061)
Eric Thieroff, Esq.
Attorney for Debtors

*In re: Mark and Debra Dallman*
*Case No. 2:24-bk-02595-SHG*

***CERTIFICATE OF SERVICE***

This is to certify that on September 3, 2024, the foregoing was electronically transmitted to the Clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

EDWARD J. MANEY
courtecf@maney13trustee.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

By: /s/ Austin Huffman

*In re: Mark and Debra Dallman*
*Case No. 2:24-bk-02595-SHG*