Law Office of James R. Vaughan, P.C.
Ryan A. Dorn, SBN 034017
11445 E. Via Linda, Suite 2-610
Scottsdale, AZ 85259
Telephone (602) 279-0778 | (866) 833-9411
Fax (602) 279-0788
Email: Attorney@RecoveryAtty.com
*Attorneys for Objecting Creditor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: MARK ALLAN DALLMAN<br>DEBRA ANN DALLMAN | Chapter 13 Proceedings<br><br>No. 2:24-bk-02595-SHG<br><br>**WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN** |

Lafayette Federal Credit Union ("Creditor") hereby withdraws its objection to the Debtors Chapter 13 Plan filed on May 31, 2024 as Docket #16. After further investigation and disclosures, The Creditor does not hold a secured lien in property located at 18420 W Pasadena Ave, Litchfield Park AZ 85340 including the inground pool located at the home.

//

//

Therefore, the Creditor respectfully requests that the Court take notice of the Creditors' Withdrawal of the Objection to Debtor's Chapter 13 Plan.

RESPECTFULLY SIGNED November 12, 2024

/s/ Ryan Allen Dorn
Ryan A Dorn, SBN 034017
11445 E Via Linda, Ste 2-610
Scottsdale AZ 85259
*Attorney for Lafayette Federal Credit Union*

**CERTIFICATE OF SERVICE**

On that same date, the foregoing document and any attachments were filed electronically with the United States Bankruptcy Court, which caused electronic notice of the filing to be delivered to counsel for the Debtor, Trustee, and any other party who has appeared in this case. Additionally, the document was deposited postage pre-paid with the United States Postal service, first class mail, to any parties indicated below.

Signed in Scottsdale, Arizona.            LAW OFFICE OF JAMES R. VAUGHAN, P.C.

/s/ Ryan Allen Dorn
Employee of Attorney for Plaintiff